| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 025180) |
| 2 | 10645 North Tatum Blvd., Suite 200-192 |
| 3 | Phoenix, AZ 85028 |
|   | Telephone: (480) 247-9644 |
| 4 | Facsimile: (480) 717-4781 |
| 5 | E-mail: tkent@kentlawpc.com |
| 6 | Of Counsel to: |
| 7 | Michigan Consumer Credit Lawyers |
|   | 22142 West Nine Mile Road |
| 8 | Southfield, MI 48033 |
| 9 | Telephone: (248) 353-2882 |
|   | Facsimile: (248) 353-4840 |
| 10 | |
| 11 | *Attorneys for Plaintiff,* |
|    | *Omar Vallejo Dominguez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Vallejo Dominguez, | Case No.: CV-16-03242-PHX-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT FAMSA, INC., ONLY** |
| Macy's Retail Holdings, Inc., a New York corporation, Synchrony Bank, an Ohio company, Famsa, Inc., a California corporation, and Chase Bank, USA, N.A., a national banking association. | |
| Defendants. | |

1

1  NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Famsa, Inc., in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Famsa, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days

DTAED:  January 16, 2017

                                        KENT LAW OFFICES

                                        By:   */s/  Trinette G. Kent*
                                        Trinette G. Kent
                                        Attorneys for Plaintiff,
                                        Omar Vallejo Dominguez