TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Omar Vallejo Dominguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Vallejo Dominguez, | Case No.: CV-16-03242-PHX-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT MACY'S RETAIL HOLDINGS, INC., ONLY** |
| Macy's Retail Holdings, Inc., a New York corporation, Synchrony Bank, an Ohio company, Famsa, Inc., a California corporation, and Chase Bank, USA, N.A., a national banking association. | |
| Defendants. | |

1

1  NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Macy's Retail

Holdings, Inc., in the above-captioned case have reached a settlement.  The parties

anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Macy's

Retail Holdings, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days

DTAED:  February 28, 2017

KENT LAW OFFICES

By:   */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Omar Vallejo Dominguez