# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Omar Vallejo Dominguez, | No. CV-16-03242-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Macy's Retail Holdings Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation, (Doc. 45):

**IT IS ORDERED** that Defendant Macy's Retail Holdings Incorporated ("Macy's") is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein. Because Macy's is the only remaining Defendant, the Clerk of the Court shall close this case.

Dated this 27th day of March, 2017.

James A. Teilborg
Senior United States District Judge